JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**BARTOLOME BAUTISTA,**<br><br>Defendant. | Case No. CV 13-08969 WDK-PLA<br><br>**JUDGMENT** |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Bartolome Bautista, individually and doing business as Senior Burrito Restaurant, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Bartolome Bautista, individually and doing business as Senior Burrito Restaurant, shall pay the plaintiff, J & J Sports Productions, Inc., $6,600.00 in total damages.

///

///

1      IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendant or the pro se defendant in this matter.

Dated: January 11, 2016

_____
William Keller
United States District Judge

- 2 -